Edgar F. Navarrete, Esq. (SBN 322662)
MULLEN COUGHLIN LLC
500 Capitol Mall, Suite 2350
Sacramento, CA 95814
Tel: 267-930-1529
enavarrete@mullen.law

*Attorneys for Defendant Azul Systems, Inc.*

Robert Tauler, Esq., Bar No. 241964
J. Evan Shapiro, Esq., Bar No. 218481
TAULER SMITH LLP
626 Wilshire Boulevard, Suite 550
Los Angeles, CA
Tel: (213) 927-9270
rtauler@taulersmith.com
eshapiro@taulersmith.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALLY ORR, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> vs. <br><br> AZUL SYSTEMS, INC. a California corporation; and DOES 1 through 10, inclusive, <br><br> Defendant. | Case No: No.: 2:25-cv-07919 <br><br> Assigned to Hon. John F. Walter <br><br> **JOINT NOTICE OF SETTLEMENT (L.R. 40-2)** <br><br> Date Filed: August 22, 2025 <br> Trial Date: None Set |

**TO THE COURT, ALL PARTIES, AND COUNSEL OF RECORD:**

JOINT NOTICE OF SETTLEMENT (L.R. 40-2)

Pursuant to Local Rule 40-2, the parties in the above-referenced action jointly notify the Court that the Parties have reached a settlement in principle of this action. Further, the Parties request that the Court stay all current deadlines, including Defendant's responsive pleading deadline, until and including December 22, 2025, to allow the parties time to finalize all necessary settlement documentation.

If Plaintiffs have not dismissed the case by December 22, 2025, the parties will file a joint status report informing the Court of the status of the parties' settlement by no later than December 22, 2025.

**IT IS SO STIPULATED**, through Counsel of Record.

DATED: October 23, 2025

**MULLEN COUGHLIN LLC**                **TAULER SMITH LLP**

By: /**s**/ Edgar F. Navarrete                By: **/s/** J. Evan Shapiro

Edgar F. Navarrete                              J. Evan Shapiro

*Attorneys for Defendant*                   *Attorneys for Plaintiff*
*Azul Systems, Inc.*

JOINT NOTICE OF SETTLEMENT (L.R. 40-2)

**CERTIFICATE OF SERVICE AND FILER'S ATTESTATION**

I hereby certify that, on October 23, 2025, I electronically filed the foregoing **JOINT NOTICE OF SETTLEMENT (L.R. 40-2)** with the United States District Court for the Central District of California by using the CM/ECF system, which will send a notice of filing to all registered users, including counsel for all parties. In compliance with Local Rule 5-4.3.4(a)(2), I attest that concurrence in the filing of this document has been obtained from each of the other signatories.

Date:  October 23, 2025                              **MULLEN COUGHLIN**


By  /s/ Edgar F. Navarrete
Edgar F. Navarrete

*Attorneys for Defendant,*
*Azul Systems, Inc.*