**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SALLY ORR, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>AZUL SYSTEMS, INC. a California corporation; and DOES 1 through 10, inclusive,<br><br>Defendant. | Case No: 2:25-cv-07919-JFW(MARx)<br><br>Assigned to Hon. John F. Walter<br><br>**ORDER GRANTING TEMPORARY STAY PENDING SETTLEMENT**<br><br>Date Filed: August 22, 2025<br>Trial Date: None Set |

**ORDER**

The COURT having read and considered the joint Notice of Settlement filed by the Parties, and finding GOOD CAUSE based thereon;

**IT IS ORDERED** that all current deadlines are stayed until and including December 22, 2025, to allow the Parties to finalize all necessary settlement documents;

**IT IS ORDERED** that if Plaintiffs have not dismissed the case by December 22, 2025, the parties will file a joint status report informing the Court of the status of the parties' settlement by no later than December 22, 2025.

DATED: October 23, 2025

HON. JOHN F. WALTER